# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NYKCool A.B. v. Pacific International Services, Inc. et al.    Docket No.: 14-2597

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jonathan Evan Goldberg

Firm: Vandenberg & Feliu, LLP

Address: 60 E 42nd St., 51st floor, New York, NY 10165

Telephone: 212-763-6836    Fax: 646-632-4586

E-mail: jgoldberg@vanfeliu.com

Appearance for: Truisfruit S.A./Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: John Charles Ohman/Vandenberg & Feliu LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 31, 2014 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: Jonathan Evan Goldberg